### BIRMINGHAM R. L. & P. CO. v. JONES.

(Decided November 4th, 1914.)

APPEAL from Birmingham City Court.

Heard before Hon. JOHN C. PUGH.

TILLMAN, BRADLEY & MORROW, for appellant. GIBSON & DAVIS, for appellee.

Per curiam. Affirmed on certificate.

---

### BIRMINGHAM R. L. & P. CO. v. SHERRILL.

(Decided November 25th, 1914.)

APPEAL from Birmingham City Court.

Heard before Hon. CHARLES W. FERGUSON.

TILLMAN, BRADLEY & MORROW, for appellant. ALLEN & BELL, for appellee.

Per curiam. Dismissed on motion of appellant.

---

### BIRMINGHAM R. L. & P. CO. v. WILLIAMS.

(Decided November 25th, 1914.)

APPEAL from Birmingham City Court.

Heard before Hon. JOHN H. MILLER.

TILLMAN, BRADLEY & MORROW, for appellant. ALLEN & BELL, for appellee.

Per curiam. Appeal dismissed by appellant.

---

### BIRMINGHAM TRUST & SAVINGS CO. v. McCAIN.

(Decided November 26th, 1914.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. E. C. CROW.

No counsel marked for appellant. ROBERT C. BRICK-ELL, Attorney General, for the State.

Per curiam. Dismissed for want of prosecution.